tuting, for the counts on the notes, counts on the special agreement.

## ERIE CIRCUIT.

### JULY, 1848.

### Before EDMONDS, Justice.

## PHARES AND EDWARD GOULD v. DAVIS.

Where a contract had been made between the owners of wheat and the shippers to transport the wheat by a certain time, and the warehouse receipts had been put into the hands of the shipper, and the owner had thus parted with his possession of and control over the grain, it was held that the measure of damage for failure to perform the contract was the fall in the price of the grain between the time when it did arrive and should have arrived, and the additional expense the owner had been put to in obtaining repossession.

THE defendant contracted with plaintiffs to bring for them 7,400 bushels of wheat, from Chicago to Buffalo, at 14 cents per bushel, freight, and to be done at the opening of the navigation. It was proved that if shipped by the first trip,

the wheat would have arrived at Buffalo 1st of June, at which time it was worth $1,45 per bushel at Buffalo.  But the wheat did not arrive until the middle of July, at which time the price had fallen to $1,00 per bushel, and it came subject to a charge of 25 cents per bushel freight, and $116 storage, which plaintiffs were obliged to pay before they could obtain possession of their grain.

*Edmonds, J.,* charged the jury that the plaintiffs, having put into the hands of the defendants the warehouse receipts, and thus parted with possession of and control over the wheat, were entitled to recover, and the measure of damages would be the loss which they had sustained by the fall in the price of the grain, and the sums they had been obliged to pay for storage, and for the excess of freight over the contract price.

Verdict for plaintiffs, $3,857.29.

*Green,* for plaintiffs.

*Havens,* for defendant.

## ORANGE SPECIAL TERM.

OCTOBER, 1848.

Before EDMONDS, Justice.